UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ANTWONE DORNELL GOOLSBY,

    Petitioner,

    v.

DOUG GILLESPIE,

    Respondent.

Case No. C10-5452BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation of the Honorable Karen L. Strombom, United States Magistrate Judge (Dkt. 6). The Court having considered the Report and Recommendation and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)    The Report and Recommendation is **ADOPTED**; and

(2)    This matter is **DISMISSED without prejudice** pursuant to reasons stated in the Report and Recommendation.

DATED this 17th day of November, 2010.

BENJAMIN H. SETTLE
United States District Judge

ORDER