# United States District Court

WESTERN DISTRICT OF WASHINGTON

ANTWONE DORNELL GOOLSBY,

              v.

DOUG GILLESPIE,

JUDGMENT IN A CIVIL CASE

Case No. C10-5452BHS

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1)    The Report and Recommendation is **ADOPTED**; and

(2)    This matter is **DISMISSED without prejudice** pursuant to reasons stated in the Report and Recommendation.

| | |
|---|---|
| November 17, 2010 | WILLIAM M. McCOOL |
| Date | Clerk |
| | *s/ Mary Trent* |
| | Deputy Clerk |